20147.32566

CLAYTON U. HALL/S.B. #88535
MOLLY E. THURMOND/S.B. #104973
HALL, HIEATT & CONNELY, LLP
1319 Marsh Street, Second Floor
San Luis Obispo, CA 93401
Telephone: (805) 544-3830
Facsimile: (805) 544-5329
hall@hhc-slo.com
thurmond@hhc-slo.com

Attorneys for Defendant,
SANTA BARBARA UNIFIED
SCHOOL DISTRICT

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.S.D. (a minor, by and through his parent and guardian ad litem, Y.D.),<br><br>Plaintiff,<br><br>vs.<br><br>SANTA BARBARA UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | No. CV13-03191-RGK (PJWx)<br>[*Assigned to Honorable R. Gary Klausner*]<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS PLAINTIFF'S THIRD, FOURTH, FIFTH, AND SIXTH CAUSES OF ACTION |

Upon Stipulation of the parties, the Court orders that each and every cause of action set forth in the Complaint be, and hereby is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: April 11, 2014            _____
                                 THE HONORABLE GARY KLAUSNER,
                                 U.S. DISTRICT COURT JUDGE

---

[PROPOSED] ORDER ON STIPULATION                 1

**PROOF OF SERVICE**
**[C.C.P. §§1013, 2015.5]**

Pursuant to California Code of Civil Procedure §§1013(a)(3) and 2015.5, I declare:

I am a resident of the State of California. I am over the age of eighteen years and I am not a party to the within entitled action. I am employed by the Law Firm of Hall, Hieatt & Connely, LLP, and my business address is 311 East Carrillo Street, Suite A, Santa Barbara, California.

On April 1, 2014, I served the within [PROPOSED] ORDER ON STIPULATION TO DISMISS PLAINTIFF'S THIRD, FOURTH, FIFTH, AND SIXTH CAUSES OF ACTION on the interested parties as follows:

Andrea Marcus.
133 E. De La Guerra Street
#143
Santa Barbara, CA 93101
Telephone: (805) 687-6455
Facsimile: (888) 215-9021
andreamarcus@gmail.com

✓   **By Mail.** I caused each envelope addressed to the office of the person(s) listed above, with postage thereon fully prepaid as first class mail, to be collected for same day deposit according to the firm's practice and procedure to be placed in the United States Mail at Santa Barbara, California.

___   **By Personal Service.** I caused such document(s) to be delivered by hand to the office of the person(s) listed above.

___   **By Overnight Delivery.** I caused such document(s) to be delivered by OnTrac Overnight/Federal Express courier service to the office of the person(s) listed above.

___   **By Facsimile Transmission.** I caused such document(s) to be delivered by facsimile transmission to the facsimile number(s) of the person(s) listed above and that transmission was reported as complete and without error.

___   **By Email or Electronic Transmission:** Based on a Court order or an agreement of the parties to accept service by email or electronic transmission, I caused the document(s) to be sent from email address haumiller@hhc-sb.com to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

✓   **Federal.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on April 1, 2014, at Santa Barbara, California.

HALEY AUMILLER

[PROPOSED] ORDER ON STIPULATION            2